178 So. 920

**JACK'S COAL & TRANSFER CO., Inc., v.
Helen SEARCY.**

6 Div. 113.

Supreme Court of Alabama.

Feb. 1, 1938.

J. P. Mudd, of Birmingham, for appellant.

Taylor & Higgins, of Birmingham, for appellee.

ANDERSON, Chief Justice.

Appeal dismissed by appellant.

178 So. 921

**JACK'S COAL & TRANSFER CO., Inc., v.
John Franklin SEARCY, pro ami.**

6 Div. 112.

Supreme Court of Alabama.

Feb. 1, 1938.

J. P. Mudd, of Birmingham, for appellant.

Taylor & Higgins, of Birmingham, for appellee.

GARDNER, Justice.

Appeal dismissed by appellant.

177 So. 915

**Byrd KEEBLE and National Surety Corp.
v. J. L. GRIFFIN.**

5 Div. 250.

Supreme Court of Alabama.

Nov. 18, 1937.

PER CURIAM.

Appeal dismissed for want of prosecution.

176 So. 917

**Ex parte Carl KITTLES.**

7 Div. 475.

Supreme Court of Alabama.

Nov. 18, 1937.

Merrill, Jones & Whiteside, of Anniston, for petitioner.

PER CURIAM.

Petition dismissed by petitioner.

177 So. 915

**Bertha KUEHL et al. v. Barbara MANDELL.**

1 Div. 984.

Supreme Court of Alabama.

Nov. 11, 1937.

PER CURIAM.

Affirmed for want of assignments of error.

176 So. 917

**Chas. W. LEE, as State Comptroller, v.
Hugh WHITE et al.**

3 Div. 227.

Supreme Court of Alabama.

Oct. 18, 1937.

PER CURIAM.

Appeal dismissed on motion of the Attorney General, appearing for appellant.